AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Carol E. Appell,

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 09-00207 (MJD/JJK)

Life Insurance Company of North America,

      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

| December 3, 2009 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Janelle Zuech |
| | (By) Janelle Zuech, Deputy Clerk |

Form Modified: 09/16/04